**Order entered December 11, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00364-CV

### IN RE JOEL CHRISTOPHER BARTON, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-50662-07**

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date, we **DENY AS MOOT** relator's petition for

writ of mandamus.  We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/     JASON BOATRIGHT
JUSTICE